## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tristan William Love**<br>DOB: 2002; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-01668MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 15, 2026, in the District of Arizona, **Tristan William Love**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Antonio Maximiliano Martin-Cano, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 15, 2026, in a District of Arizona (Sonoita), Border Patrol Agents (BPAs) were patrolling State Route (SR) 82, when at approximately 12:30 p.m., the Sonoita Tactical Operations (TOC) received information from Nogales BPAs regarding two suspected alien smuggling vehicles traveling eastbound on SR82 approaching Sonoita. The vehicles were described as a white Chevrolet Malibu bearing Texas license plate VKW6357 and an older model white Cadillac DeVille bearing a temporary plate 7HA5R4. The vehicles were suspected of transporting illegal aliens (IAs) based on recent intelligence and observations in that area. A short time later at mile marker (MM) 26, BPAs observed a white Chevrolet Malibu matching the description provided travelling eastbound on SR82 with two visible occupants. Other BPAs continued to follow the white Cadillac as it approached MM 22 on SR82. Other BPAs followed the white Chevrolet Malibu. BPAs requested record checks on the white Chevrolet Malibu bearing Texas license plates VKW6357 and stopped the vehicle to conduct an immigration inspection on the occupants. BPAs conducted an immigration inspection, and the occupants both claimed to be United States citizens and spoke fluent English. The driver provided consent to search the trunk which yielded negative results of any alien smuggling activity. The driver continued to ask repetitive questions as if he was attempting to stall the agents. After BPAs concluded the stop, they repositioned themselves on SR82 at MM29 to wait for the other vehicle. BPAs observed a white Cadillac sedan matching the description given by dispatch and followed the vehicle. The vehicle was bearing a temporary plate 7HA5R4. BPAs ran record checks to ensure it was the same vehicle and discovered that the vehicle

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Antonio Maximiliano Martin-Cano |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 16, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

had a suspended registration. Smugglers commonly use temporary license plates on vehicles to conceal ownership and avoid law enforcement detection because of the small lettering on them. BPAs initiated a vehicle stop to perform an immigration inspection on the occupants. The vehicle eventually came to a stop in front of the Sonoita Station, and the driver slightly opened his door but did not come out. The vehicle had three occupants. The driver, **Tristan William Love**, a United States citizen and two other subjects including, Antonio Maximiliano Martin-Cano, who both admitted to being citizens and nationals of Mexico. Record checks revealed both subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Antonio Maximiliano Martin-Cano stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He paid 30,000 Mexican pesos upfront and owed an additional 220,000 MXN once he reached Washington. Upon crossing the United States-Mexico border, he hid for approximately four to five hours before a vehicle came to pick him up. Martin allowed BPAs to search his cellphone, and it showed direct communication with the same coordinator in Tucson, Arizona, that the driver, **Love,** identified as Alex. The contact had the same phone number, but it was listed under a different name.

After waiving his *Miranda* rights, principal **Tristan William Love** stated he works for Tucson Battery Service who subcontracts for AAA roadside assistance. He said he went on a call about two weeks ago that took him to a gas station near Casino Del Sol in Tucson, Arizona. He had a conversation with the guy he was helping and the guy told him about an opportunity to make money. The guy sent **Love** his contact information via WhatsApp. The guy's name was Alex. **Love** contacted Alex about three days ago, and Alex offered him a job to transport people. Alex told him he would get paid $800.00 USD to go to Rio Rico, Arizona and pick up two individuals and drive them back to Tucson, Arizona. Alex had sent him pin drops via WhatsApp to go to the pickup location. When **Love** was being pulled over, he was told to delete the App. **Love** said he was told to yell out, "Trebel," as he approached the pickup location and two individuals got into his vehicle. He admitted to knowing that transporting IAs into the United States is illegal. He allowed BPA to search his phone, and they were able to locate the coordinator's phone number. Despite the WhatsApp application being deleted, contact information for the coordinator was found in his recent phone calls.